

FILED
MAR 2 0 2009

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PARALLEL COMMUNICATIONS, INC. and PSKW, INC., | ) ) ) | Civ. No. 09- 4031 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | SUMMONS |
| METABANK and META PAYMENT SYSTEMS, | ) ) ) ) | |
| Defendants. | | |

TO THE ABOVE-NAMED DEFENDANTS:

You are hereby summoned and required to serve upon the attorneys for Plaintiffs:

Steven W. Sanford
Cadwell Sanford Deibert & Garry LLP
200 E. 10th Street, Suite 200
Sioux Falls, SD 57104

an answer to the Complaint which is hereby served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

JOSEPH A. HAAS,
Clerk of Courts

By _Colleen Schutte_
Deputy Clerk

(SEAL OF COURT)

Date: 3-20, 2009