IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**

JAN 2 8 2010

CLERK

| | | |
|---|---|---|
| PARALLEL COMMUNICATIONS, INC., and PSKW, LLC, | ) ) ) ) | Case No. 09-4031 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **JUDGMENT OF DISMISSAL** |
| METABANK and META PAYMENT SYSTEMS, | ) ) ) ) | |
| Defendants. | ) ) | |

Upon Stipulation of the parties, good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.      This action be, and hereby is, dismissed on its merits, with prejudice and without costs to any party;

2.      This Judgment shall have the same res judicata effect as would a trial on the merits.

Dated: *January 27, 2010*

BY THE COURT:

_____
U.S. District Judge

ATTEST:
Joseph Haas, Clerk

By _____, Deputy

(SEAL)